239 So.2d 366

**In the Matter of Robert GLASS.**

No. 50903.

Oct. 2, 1970.

Writ denied. The showing made does not warrant the exercise of our supervisory jurisdiction. Attorney-client relationship alone will not excuse mere appearance of attorney before a grand jury, nor does it bar the disclosure of the name of the client and the date and nature of the attorney's employment.

239 So.2d 366

**Jesse James WASHINGTON**

v.

**C. Murray HENDERSON.**

No. 50907.

Oct. 2, 1970.

Application denied. The ruling of the trial judge is correct.

HAMITER, C. J., absent.